# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | | |
|---|---|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*, | : : : | | |
| Plaintiffs, | : : | Civil Action No.: | 19-2965 (RC) |
| v. | : : | Re Document Nos.: | 28, 30, 51 |
| U.S. CUSTOMS AND BORDER PATROL, *et al.*, | : : : | | |
| Defendants. | : | | |

## ORDER

**DENYING DEFENDANTS' MOTION FOR RECONSIDERATION AS MOOT; GRANTING IN PART AND DENYING IN PART DEFENDANTS' RENEWED MOTION FOR SUMMARY JUDGEMENT; GRANTING IN PART AND DENYING IN PART PLAINTIFFS' RENEWED CROSS-MOTION FOR SUMMARY JUDGMENT**

For the reasons stated in the Court's Memorandum Opinion separately and contemporaneously issued, Defendants' Motion for Reconsideration (ECF No. 51) is **DENIED AS MOOT**, Defendants' Renewed Motion for Summary Judgment (ECF No. 28) is **GRANTED IN PART AND DENIED IN PART**; and Plaintiffs' Renewed Cross-Motion for Summary Judgment (ECF No. 30) is **GRANTED IN PART AND DENIED IN PART**.  It is hereby

**ORDERED** that Defendants shall produce the non-exempt information in the following documents to Plaintiffs:

- DHS-001-0973-1739 to -1742
- USCIS Bates 3-11
- USCIS Bates 12-13

**SO ORDERED**.

2

Dated: April 3, 2023                                              RUDOLPH CONTRERAS
                                                                 United States District Judge