UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMERICAN IMMIGRATION COUNCIL, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> U.S. CUSTOMS AND BORDER PROTECTION, *et al.*, <br><br> *Defendants.* | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )   Civil Action No. 19-2965 (RC) |

## **STIPULATION OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to dismiss this action with prejudice pursuant to the parties' settlement agreement executed in connection with this matter.

\* \* \*

Date:  October 23, 2023

/s/      Emma Winger
EMMA WINGER*
American Immigration Council
**1331 G Street NW, Suite 200
Washington, DC 20005
Telephone: (202) 507-7512
ewinger@immcouncil.org

/s/      Claudia Valenzuela
CLAUDIA VALENZUELA
D.C. Bar #IL0056
IMMIGRANT LEGAL DEFENSE
1322 Webster Street
Suite 300
Oakland, CA 94612
Telephone: (510) 519-1231
cvalenzuela@immcouncil.org
* Admitted pro hac vice
** Not admitted to D.C. Practice limited to federal courts
*Counsel for Plaintiffs*

Respectfully Submitted,

MATTHEW M. GRAVES
D.C. Bar No. 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:  /s/  Fithawi Berhane
FITHAWI BERHANE
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-6653

*Counsel for Defendants*